UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-22014-CIV-MORENO

JAMESE SYMONETTE,

    Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA,
INC., *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS

THIS CAUSE came before the Court upon the Motion to Dismiss **(D.E. 8)**, filed on **June 6, 2017**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED in light of Plaintiff's response stating it can remedy pleading deficiencies in the Complaint. Plaintiff shall file an amended Complaint no later than July 26, 2017.

DONE AND ORDERED in Chambers at Miami, Florida, this _14th_ of July 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record